No. 372, Misc.   PAUL *v.* BURFORD, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.   Petitioner *pro se*.   *Mac Q. Williamson,* Attorney General of Oklahoma, and *Owen J. Watts,* Assistant Attorney General, for respondent.

No. 387, Misc.   UNITED STATES EX REL. MAYO *v.* BURKE, WARDEN.   C. A. 3d Cir.   Certiorari denied.   *Edwin P. Rome* and *Walter Stein* for petitioner.

No. 399, Misc.   MOREHOUSE *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   *Edward G. Howard* and *David W. Louisell* for petitioner.   *Frank G. Millard,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 444, Misc.   FARRANT *v.* LAINSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 455, Misc.   COLOHAN *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 456, Misc.   ALLEN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 459, Misc.   IN RE SPITALE.   Court of Appeals of New York.   Certiorari denied.

No. 461, Misc.   BALLES *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.